## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**John Ward Van Horn**<br>DOB: 1967; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-3191MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 18, 2026, in the District of Arizona, **John Ward Van Horn**, knowing and in reckless disregard of the fact that certain illegal aliens, Marcos Martinez-Ramirez and Edson Gamaliel Aragon-Ferto, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 18, 2026, in a district of Arizona (Sells), at approximately 4:32 p.m. Border Patrol Agents (BPAs) were notified by Tucson Sector Radio Communication that the Tohono O'odham Police Department (TOPD) requested assistance from BPAs at the Bashas' grocery store located in Sells, Arizona. TOPD stated they had two Illegal Aliens (IAs) in custody who were dropped off by a black Chevrolet Silverado reported to them from a concerned citizen at 4:16 p.m. A third subject exited the vehicle fled the scene and was still outstanding. BPAs responded to Bashas and contacted the two suspected IAs, Marcos Martinez-Ramirez and Edson Gamaliel Aragon-Ferto, who both admitted to being citizens and nationals of Mexico. Record checks revealed Martinez and Gamaliel, do not possess the proper documentation to enter, pass through, or remain in the United States legally. At approximately 4:34 p.m., BPAs were able to locate a black Chevrolet Silverado, matching the description from TOPD, driving east away from the area of the TOPD report on State Route 86 (SR86). BPAs requested record checks on Arizona license plate 0ZA02N. Checks revealed the vehicle was registered to John Ward Van Horn. BPAs initiated a vehicle stop. BPAs approached the vehicle from the driver's side and noticed what appeared to be fingerprints on the rear tailgate of the truck. This coincided with the report from TOPD which stated that the subjects jumped out of the back of a black Chevrolet Silverado. The roads in the area where IAs are commonly picked up are very dusty. The layer of dust is significant because it captures and preserves latent and visible fingerprints, handprints, and smudge impressions when touched. In this case, the accumulation of dust on the Chevrolet Silverado made prints more pronounced and observable, providing clear indication of individuals recently contacting the exterior of this vehicle.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Marcos Martinez-Ramirez and Edson Gamaliel Aragon-Ferto

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |

| Sworn by telephone  x | |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 19, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

BPAs contacted the driver, **John Ward Van Horn** and passenger, both United States Citizens. BPAs asked the driver where they were coming from, and he stated Sells, where he was going to meet up with a woman who he was unable to locate or get in contact with. **Van Horn** seemed visibly nervous, and his hands were shaking as he was providing BPAs with his driver's license. BPAs contacted TOPD who were on scene with the concerned citizens at Bashas' and provided photographs of the vehicle, **Van Horn**, and passenger. The concerned citizens confirmed to BPAs that it was the same vehicle that dropped off the IAs at Bashas'.

Material witness Edson Gamaliel Aragon-Ferto stated he is a citizen and national of Mexico. His sister made arrangements in Mexico for him to be smuggled into the United States. He illegally crossed into the U.S. on May 10, 2026, with another person. They waited for about 5 days before being picked up. They were hiding by some bushes close to the road. Someone yelled "vamonos" and he and the other individual got on the truck. The vehicle that picked them up was a truck. The driver told them to lie down on the rear back of the truck. The driver was driving for about 20 minutes before he stopped on the side of the road and told them to get down.   Once they got down, they ran into the grocery store parking lot, and an ICE officer arrived and asked for immigration documents.

Material witness Marcos Martinez-Ramirez stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States, paid $15,000 Mexican pesos upfront and owed an additional unknown amount. He illegally crossed into the U.S. on May 13, 2026, with another person. There was another individual who was also waiting to be picked up, this individual was communicating with the coordinator. They waited for a night and half a day before being picked up. He and the other individuals were hiding by some bushes close to the road. There were a driver and passenger inside the vehicle. The vehicle that picked them up was a black four door truck. The driver indicated they lay down using hand gestures. The driver was driving for about 10 minutes before the driver stopped inside the grocery store parking lot and told them to get down. He described the passenger as a white man with a beard wearing a hat and pink shirt. Once they got down a police officer approached them.